# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128323

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

                                        SC: 128323
                                        COA: 251402

LAMARR ABDUL BARRON,
       Defendant-Appellee.
                                        Wayne CC: 02-011466-01

_____/

On order of the Court, the application for leave to appeal the March 22, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and REMAND this case to the Court of Appeals for reconsideration in light of *People v Bell*, 473 Mich 275 (2005). The Court of Appeals is also directed to reconsider its decision as to the admission of testimony regarding the content of an anonymous tip. Because the claim of error was not preserved by a timely objection, it must be reviewed for plain error affecting the defendant's substantial rights. *People v Carines*, 460 Mich 750 (1999). We further VACATE the portion of the Court of Appeals opinion concerning an error in sentencing scoring since a correction in the scoring of OV 12 will not afford relief to defendant.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2006

_____
Clerk

s0125